IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60563
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

WILLIAM SAPPINGTON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:95-CR-003
- - - - - - - - - -
October 24, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

      William Sappington appeals the revocation of his probation.

Having reviewed the record and Sappington's arguments on appeal,

we find that the district court did not abuse its discretion in

revoking probation.   See United States v. King, 990 F.2d 190, 193 (5th Cir.), cert.

denied, 114 S. Ct. 223 (1993).

      AFFIRMED.

_____

      [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.